UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  05-cr-46-01-SM

<u>Steven  Hall</u>

<u>O R D E R</u>

Defendant Hall's motion to continue the final pretrial conference and trial is granted (document 7).   Trial has been rescheduled for the October  2006 trial period.   Defendant Hall shall file a waiver of speedy trial rights not later than August 4,  2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** September 25, 2006 at 3:00 p.m.

**Jury Selection**: October 3, 2006  at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

July   27,  2006

cc:    Thomas McCue, Esq.
       Clyde Garrigan, AUSA
       US Probation
       US Marshal